UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YASH RAJ FILMS AND MUSIC (USA), INC.,

                Plaintiff,

-against-

MOVIE TIME VIDEO USA, INC. doing business
as NEW YORK MOVIE STATION INC. doing
business as MOVIE TIME VIDEO, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5107 (JG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 3 1 2007 ★

P.M. _____
TIME A.M. _____

An Order of Honorable John Gleeson, United States District Judge, having been filed on August 22, 2007, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated July 26, 2007; and directing the Clerk of Court to enter judgment awarding plaintiff $190,000.00 in statutory damages; $9,446.67 in attorney's fees; and $1,386.69 in costs, for a total award of $200,833.36; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; and that judgment is hereby entered in favor of plaintiff, Yash Raj Films and Music (USA), Inc., and against defendants, Movie Time Video USA, Inc. doing business as New York Movie Station Inc. and doing business as Movie Time Video, et al., awarding plaintiff $190,000.00 in statutory damages; $9,446.67 in attorney's fees; and $1,386.69 in costs, for a total award of $200,833.36.

Dated: Brooklyn, New York
       August 31, 2007

                                      Robert C. Heinemann
                                      Clerk of Court

                            By: s/Terry Vaughn
                                      Terry Vaughn
                                      Chief Deputy of
                                      Court Operations